UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE LOAN EXPERTS CORP., d/b/a ALL AMERICAN FINANCE, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. C 10-03190 EDL<br><br>**ORDER AND STIPULATION EXTENDING TIME FOR FLAGSTAR'S OPPOSITION TO 1350 ESCONDIDO COASTAL'S AND WESTLAKE COASTAL'S MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE REGARDING FLAGSTAR'S COMPLAINT** |

Judge:　　Hon. Elizabeth D. Laporte

Date Comp. Filed:　　Michigan: 1/26/2010
　　　　　　　　　　　USDC/SF: 7/21/2010

Trial Date: TBA

ORDER AND STIP. RE: FLAGSTAR'S OPP. TO ESCONDIDO/WESTLAKE'S MTN TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE RE: FLAGSTAR'S COMPLAINT
Case No. C 10-03190 EDL

506753.01

1  WHEREAS, Flagstar's complaint against defendants was originally filed in Michigan State Court and then removed to the Eastern District of Michigan;

WHEREAS, on June 3, and June 7, 2010, Flagstar and defendants 1350 Escondido Coastal LLC and Westlake Coastal LLC (hereinafter jointly referred to as the "Escondido/Westlake Defendants") stipulated to extend the Escondido/Westlake Defendants' time to respond to Flagstar's complaint and Judge Cohn in the Eastern District of Michigan entered these stipulations as orders;

WHEREAS, on June 16, 2010, the Escondido/Westlake Defendants filed a Motion to Dismiss, or Alternatively, to Transfer Venue regarding Flagstar's complaint ("Motion to Dismiss");

WHEREAS, on June 30, 2010, Flagstar and the Escondido/Westlake Defendants stipulated to extend Flagstar's time to respond to the Escondido/Westlake Defendants' Motion to Dismiss to July 21, 2010 and Judge Cohn in the Eastern District of Michigan entered this stipulation as an order;

WHEREAS, on July 15, 2010, Judge Cohn in the Eastern District of Michigan granted certain defendants' motion to transfer venue and ordered that this action be transferred to the Northern District of California;

WHEREAS, Flagstar's Michigan counsel and the Escondido/Westlake Defendants' Michigan counsel previously agreed that Flagstar's response to the Escondido/Westlake Defendants' Motion to Dismiss would be due two weeks after the transferred case was accepted by the Northern District of California;

WHEREAS, the parties understand that the Northern District of California accepted this action on July 21, 2010;

WHEREAS, this Court set its initial case management conference to occur on November 2, 2010;

WHEREAS, Judge Cohn's July 15, 2010 decision did not entirely resolve the Escondido/Westlake Defendants' previously filed Motion to Dismiss;

1
ORDER AND STIP. RE: FLAGSTAR'S OPP. TO ESCONDIDO/WESTLAKE'S MTN TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE RE: FLAGSTAR'S COMPLAINT
Case No. C 10-03190 EDL

506753.01

WHEREAS, Flagstar's and the Escondido/Westlake Defendants' counsel have met and conferred to determine what portions of their previously filed Motion to Dismiss remain at issue and the Escondido/Westlake Defendants provided Flagstar with final confirmation on this issue on August 5, 2010;

WHEREAS, extending the deadline for Flagstar to respond to this Motion to Dismiss will not change any currently set hearing dates because this Court has not yet set a hearing date for the Escondido/Westlake Defendants' Motion to Dismiss;

WHEREAS, the parties seek this extension of time pursuant to Local Rules 6-1 and 6-2 because Flagstar and the Escondido/Westlake Defendants have each been working towards obtaining California-based counsel for this action;

WHEREAS, the parties seek this extension of time pursuant to Local Rules 6-1 and 6-2 because Flagstar recently determined that its California counsel for this action will be Keker & Van Nest LLP and Flagstar is now in process of retaining Keker & Van Nest LLP;

WHEREAS, the parties seek this extension of time pursuant to Local Rules 6-1 and 6-2 because Flagstar's lead California lawyer for this action, Rachael Meny of Keker & Van Nest, will be on vacation from August 6, 2010 until August 24, 2010;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:

1. Flagstar will serve its opposition papers regarding the Escondido/Westlake Defendants' Motion to Dismiss on August 25, 2010.

2. The Escondido/Westlake Defendants will serve their reply papers regarding the Escondido/Westlake Defendants' Motion to Dismiss on September 15, 2010.

3. The parties request that the Court schedule argument regarding the Escondido/Westlake Defendants' Motion to Dismiss thereafter, on any date other than September 28, 2010.

//

2

ORDER AND STIP. RE: FLAGSTAR'S OPP. TO ESCONDIDO/WESTLAKE'S MTN TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE RE: FLAGSTAR'S COMPLAINT
Case No. C 10-03190 EDL

506753.01

| | |
|---|---|
| DATED:  August 5, 2010 | KEKER & VAN NEST, LLP |
| | By:  /s/  RACHAEL E. MENY |
| | Attorneys for Plaintiff Flagstar Bank, FSB |
| DATED:  August 5, 2010 | ENGLISH & GLOVEN |
| | By:  /s/  JEFFREY E. FLYNN |
| | Attorneys for Defendants 1350 Escondido Coastal LLC and Westlake Coastal LLC |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the Escondito/Westlake Defendants' Motion to Dismiss shall be held on October 5, 2010 at 9:00 a.m.

Dated:  August 9, 2010

*[signature]*
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE

---

3

ORDER AND STIP. RE: FLAGSTAR'S OPP. TO ESCONDIDO/WESTLAKE'S MTN TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE RE: FLAGSTAR'S COMPLAINT
Case No. C 10-03190 EDL

506753.01