| | |
|---|---|
| 1 | Elizabeth C. Gianola, Esq. SBN#142522 |
|   | HORAN, LLOYD LAW OFFICES |
| 2 | 499 Van Buren St., P.O. Box 3350 |
|   | Monterey, CA  93942-3350 |
| 3 | Tel:   (831) 373-4131 |
| 4 | Fax:   (831) 373-8302 |

Attorneys for Defendant HORMOZ NAZARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, | ) Case No. 10-cv-03190-CRB |
|  | ) **ORDER** |
|  | ) ~~NOTICE~~ **OF SUBSTITUTION OF** |
| Plaintiff, | ) **COUNSEL** |
|  | ) |
| v. | ) Judge: Hon. Charles R. Breyer |
|  | ) |
| THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation, | ) Date Comp. Filed:   Michigan: 1/26/2010 |
|  | )                                       USDC/SF: 7/21/2010 |
|  | ) Trial Date: TBA |
|  | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF ATTORNEY - 1**

1     **PLEASE TAKE NOTICE** that defendant HORMOZ NAZARI hereby substitutes Elizabeth C. Gianola, Horan Lloyd Law Offices, 499 Van Buren Street, Monterey, California 93940, telephone (831) 373-4131, as his attorney of record in place of Madeleine R. Szymanski, Rutledge, Manion, Rabaut, Terry & Thomas, P.C., Fort Washington Plaza, 333 W. Fort Street, Suite 1600, Detroit, MI 48226, telephone (313) 965-6100.

I, the undersigned, consent to the above substitution.

Dated: August 25, 2010

RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.

By:   */s/ Madeleine R. Szymanski*
MADELEINE R. SZYMANSKI
Attorneys for Defendant HORMOZ NAZARI

I, the undersigned, consent to the above substitution.

Dated: August 26, 2010

  */s/ Hormoz Nazari*
HORMOZ NAZARI

I, the undersigned, accept the above substitution.

Dated: August 26, 2010

HORAN LLOYD LAW OFFICES

By:   */s/ Elizabeth C Gianola*
ELIZABETH C. GIANOLA
Attorneys for Defendant HORMOZ NAZARI

**IT IS SO ORDERED.**

Dated: ~~August~~ September 1, 2010

HON. CHARLES R. BREYER
UNITED STATES DIST[RICT]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*