1   Elizabeth C. Gianola, Esq. SBN#142522
    HORAN, LLOYD LAW OFFICES
2   499 Van Buren St., P.O. Box 3350
    Monterey, CA  93942-3350
3   Tel:    (831) 373-4131
    Fax:    (831) 373-8302
4

5   Attorneys for Defendant THE LOAN EXPERTS
    CORPORATION dba ALL AMERICAN FINANCE
6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   FLAGSTAR BANK, FSB, a Federally            ) Case No. 10-cv-03190-CRB
     Chartered Savings Bank,                    ) **ORDER**
11                                              ) ~~NOTICE~~ **OF SUBSTITUTION OF**
                         Plaintiff,             ) **COUNSEL**
12                                              )
            v.                                  ) Judge: Hon. Charles R. Breyer
13                                              )
     THE LOAN EXPERTS CORPORATION               ) Date Comp. Filed:    Michigan: 1/26/2010
14   d/b/a ALL AMERICAN FINANCE, a              )                      USDC/SF: 7/21/2010
     California corporation, HORMOZ NAZARI,     )
15   an individual, ELIZABETH CORTEZ            ) Trial Date: TBA
     PADILLA, an individual, 1350               )
16   ESCONDIDO COASTAL, LLC, a California       )
     limited liability company, WESTLAKE        )
17   COASTAL, LLC, a California limited          )
     liability company, VCH-SALINAS 1, LLC, a   )
18   California limited liability company,       )
     ALLSTAR APPRAISALS, INC., a                )
19   California corporation, JAMES MAY, an       )
     individual, STEWART TITLE OF               )
20   CALIFORNIA, a California corporation,       )
21                                              )
                                                )
22                       Defendants.            )
                                                )
23

24

25

26

27

28

                    **NOTICE OF SUBSTITUTION OF ATTORNEY - 1**

1    **PLEASE TAKE NOTICE** that defendant THE LOAN EXPERTS CORPORATION

2    dba ALL AMERICAN FINANCE hereby substitutes Elizabeth C. Gianola, Horan Lloyd Law

3    Offices, 499 Van Buren Street, Monterey, California 93940, telephone (831) 373-4131, as his

4    attorney of record in place of Madeleine R. Szymanski, Rutledge, Manion, Rabaut, Terry &

5    Thomas, P.C., Fort Washington Plaza, 333 W. Fort Street, Suite 1600, Detroit, MI 48226,

6    telephone (313) 965-6100.

7

8    I, the undersigned, consent to the above substitution.

9    Dated: August 25, 2010          RUTLEDGE, MANION, RABAUT, TERRY &
                                      THOMAS, P.C.
10

11                                   By:   */s/ Madeleine R. Szymanski*
                                           MADELEINE R. SZYMANSKI
12                                         Attorneys for Defendant THE LOAN
                                           EXPERTS CORPORATION dba ALL
13                                         AMERICAN FINANCE

14

15   I, the undersigned, consent to the above substitution.

16   Dated: August 26, 2010          THE LOAN EXPERTS CORPORATION dba
                                      ALL AMERICAN FINANCE
17

18                                   By:   */s/ Hormoz Nazari*
19                                         HORMOZ NAZARI, President

20   I, the undersigned, accept the above substitution.

21   Dated: August 26, 2010          HORAN LLOYD LAW OFFICES

22

23                                   By:   */s/ Elizabeth C. Gianola*
                                           ELIZABETH C. GIANOLA
24                                         Attorneys for Defendant HORMOZ
                                           NAZARI
25

26   **IT IS SO ORDERED.**
          September 1,
27   Dated: ~~August~~ ___, 2010      _____
                                      HON. CHARLES R.
28                                    UNITED STATES D

                   NOTICE OF SUBSTITUTION OF ATTORNEY - 2