|   |   |
|---|---|
| 1 | NANCY J. JOHNSON, CA STATE BAR NO. 111615 |
|   | BERLINER COHEN |
| 2 | TEN ALMADEN BOULEVARD |
|   | ELEVENTH FLOOR |
| 3 | SAN JOSE, CALIFORNIA 95113-2233 |
|   | TELEPHONE: (408) 286-5800 |
| 4 | FACSIMILE: (408) 998-5388 |
|   | nancy.johnson@berliner.com |
| 5 | |
| 6 | ATTORNEYS FOR DEFENDANT AND CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC., ERRONEOUSLY SUED HEREIN AS STEWART TITLE OF CALIFORNIA |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, <br><br> Plaintiff, <br><br> v. <br><br> THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation, <br><br> Defendants. | CASE NO.  C10-3190 CRB <br><br> DEFENDANT AND CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S NOTICE AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Cross-Defendant STEWART TITLE OF CALIFORNIA, INC. hereby substitutes Nancy J. Johnson, Berliner Cohen, 10 Almaden Blvd., Ste. 1100, San Jose, California, 95113, (408) 286-5800, as its attorney of record in place of Robert Garrett and Candie Y. Chang, Garrett & Tully, P.C., 225 So. Lake Ave., Ste. 1400, Pasadena, California, 91101, (626) 577-9500.

1      I, the undersigned, consent to the above substitution.

2    DATED: SEPTEMBER 13, 2010            GARRETT & TULLY, P.C.

3

4                                         BY:   /S/ CANDIE Y CHANG
                                                ROBERT GARRETT
5                                               CANDIE Y. CHANG
                                                ATTORNEYS FOR DEFENDANT AND CROSS-
6                                               DEFENDANT STEWART TITLE OF
                                                CALIFORNIA, INC.
7
       I, the undersigned, consent to the above substitution.
8
    DATED: SEPTEMBER 13, 2010            STEWART TITLE OF CALIFORNIA, INC.
9

10
                                          BY:   /S/ DEREK MATTHEWS
11                                              DEREK MATTHEWS

12     I, the undersigned, consent to the above substitution.

13  DATED: SEPTEMBER 14, 2010            BERLINER COHEN

14

15                                        BY:   /S/ NANCY J. JOHNSON
                                                NANCY J. JOHNSON
16                                              ATTORNEYS FOR DEFENDANT AND CROSS-
                                                DEFENDANT STEWART TITLE OF
17                                              CALIFORNIA, INC.

18                        [PROPOSED] ORDER

19     PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

20  DATED:   September 15   , 2010

21

22                                        _____
                                          HON. CHARLES R. BREYER
23                                        JUDGE OF THE
                                          NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Charles R. Breyer*

CASE NO. C10-3190 CRB                    -2-

STEWART TITLE OF CALIFORNIA, INC.'S NOTICE AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL

\NJJ\828490.1
091410-13139033