1  Elizabeth C. Gianola, Esq. SBN#142522
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren St., P.O. Box 3350
3  Monterey, CA  93942-3350
   Tel:     (831) 373-4131
4  Fax:    (831) 373-8302

5  Attorneys for Defendant and Cross-Claimant
   Hormoz Nazari and Defendant and Cross-
6  Claimant The Loan Experts Corporation,
   a California corporation dba All American
7  Finance erroneously sued herein as The Loan
   Experts Corporation dba All American
8  Finance, a California corporation

9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>            Plaintiff,<br><br>     v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>            Defendants. | CASE NO.  C10-3190 CRB<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br><br>Judge: Hon. Charles R. Breyer<br><br>Date Comp. Filed:     Michigan: 1/26/2010<br>                                   USDC/SF: 7/21/2010<br><br>Trial Date: TBA |
| AND RELATED CROSS-ACTION. | |

CASE NO.  C10-3190 CRB                          -1-
                    REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

Counsel for Defendant and Cross-Claimant Hormoz Nazari and Defendant and Cross-Claimant The Loan Experts Corporation, a California corporation dba All American Finance (hereinafter collectively "Defendants") hereby respectfully requests to appear telephonically at the Case Management Conference scheduled for November 5, 2010 at 8:30 a.m. Counsel's place of business is in Monterey, California, some 120 miles from the San Francisco courthouse. Requiring a personal appearance at the conference would cause Defendants to incur substantial attorneys' fees and travel costs for the commute and personal appearance.

                                                      Respectfully Requested,

Dated:  October 14, 2010         HORAN LLOYD LAW OFFICES

                                      By:  */s/ Elizabeth C. Gianola*
                                              Elizabeth C. Gianola
                                              Attorneys for Defendant and Cross-Claimant
                                              Hormoz Nazari and Defendant and Cross-
                                              Claimant The Loan Experts Corporation,
                                              a California corporation dba All American
                                              Finance

## ORDER

**IT IS HEREBY ORDERED:**

Defendant and Cross-Claimant Hormoz Nazari's and Defendant and Cross-Claimant The Loan Experts Corporation, a California corporation dba All American Finance's legal counsel, Elizabeth C. Gianola of Horan Lloyd Law Offices, may appear telephonically for the November 5, 2010 Case Management Conference.

Dated: October 14, 2010                                                  _____
                                                               HON. CHARLES R. BREYER
                                                                UNITED STATES DISTRICT JUDGE

