KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
JENNIFER A. HUBER - #250143
SARAH B. FAULKNER - #263857
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
FLAGSTAR BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, A Federally Chartered Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a/ ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California Corporation,<br><br>Defendants. | Case No. C 10-03190-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Date Comp. Filed:     Michigan: 1/26/2010<br>                                    USDC/SF: 7/21/2010<br><br>Trial Date: TBA |

This Stipulation is made pursuant to Local Rule 6-2 by and between Plaintiff Flagstar Bank, FSB ("Flagstar"), Defendants and Cross-Claimants The Loan Experts d/b/a All American Finance ("Loan Experts") and Hormoz Nazari, Defendant and Cross-Defendant Stewart Title of California, Inc. ("Stewart Title"), and Defendants 1350 Escondido Coastal, LLC and Westlake Coastal, LLC ("Coastal Defendants") through their respective attorneys. Flagstar, Loan Experts, Nazari, Stewart Title, and the Coastal Defendants (collectively, the "parties") stipulate that:

1. The Court's Order dated August 23, 2010 set a case management conference in this case for November 5, 2010, and directed counsel to meet and confer not less than thirty (30) days in advance of this conference, or by October 6, 2010.

2. Under Rule 26(a)(1)(C), initial disclosures must be made at or within fourteen (14) days after the Rule 26(f) conference, or by October 20, 2010.

3. On October 15, 2010, the Court granted the Coastal Defendants' motion to dismiss, allowing Flagstar thirty (30) days leave to amend its complaint, or by November 15, 2010. On this date, the court also vacated the November 5, 2010 case management conference.

4. The only previous time modifications in this case have been extensions of time to the Coastal Defendants' to respond to Flagstar's complaint, and extensions of time to Stewart Title to respond to Loan Experts and Nazari's Cross-Claim.

5. The parties have agreed to exchange initial disclosures by November 19, 2010.

6. This stipulation does not alter the schedule for this case. There is currently no date set for the case management conference and no scheduling order has been entered due to the Court's granting Flagstar leave to amend its complaint against the Coastal Defendants by November 15, 2010.

Dated: October 20, 2010                                        KEKER & VAN NEST LLP


By: /s/ Rachael E. Meny
RACHAEL E. MENY
Attorneys for Plaintiff
FLAGSTAR BANK, FSB

| | | |
|---|---|---|
| 1 | Dated: October 20, 2010 | BERLINER COHEN |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Christian Picone<br>CHRISTIAN PICONE |
| 5 | | Attorneys for Defendant and Cross-Defendant STEWART TITLE OF CALIFORNIA, INC. |
| 6 | | |
| 7 | Dated: October 20, 2010 | HORAN LLOYD LAW OFFICES |
| 8 | | |
| 9 | | By: /s/ Elizabeth C. Gianola<br>ELIZABETH C. GIANOLA |
| 10 | | Attorneys for Defendants and Cross-Claimants THE LOAN EXPERTS CORPORATION dba ALL AMERICAN FINANCE and HORMOZ NAZARI |
| 11 | | |
| 12 | | |
| 13 | Dated: October 20, 2010 | ENGLISH & GLOVEN, APC |
| 14 | | |
| 15 | | By: /s/ Jeffrey E. Flynn<br>JEFFREY E. FLYNN |
| 16 | | Attorneys for Defendants<br>1350 ESCONDIDO COASTAL, LLC and WESTLAKE COASTAL, LLC |

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR EXCHANGE OF INITIAL DISCLOSURES
CASE NO. C 10-03190-CRB

516871.01

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rachael E. Meny, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR EXCHANGE OF INITIAL DISCLOSURES.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Christian Picone, Berliner Cohen, Counsel for Defendant and Cross-Defendant Stewart Title of California; Elizabeth C. Gianola, Horan Lloyd Law Offices, Counsel for Defendants and Cross-Claimants The Loan Experts Corporation d/b/a All American Finance and Hormoz Nazari; and, Jeffrey E. Flynn, English & Gloven, APC, Counsel for Defendants 1350 Escondido Coastal, LLC and Westlake Coastal, LLC.

        /s/ Rachael E. Meny
        RACHAEL E. MENY

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

Plaintiff Flagstar Bank, FSB, Defendants and Cross-Claimants The Loan Experts d/b/a All American Finance and Hormoz Nazari, Defendant Cross-Defendant Stewart Title of California, Inc., and Defendants 1350 Escondido Coastal, LLC and Westlake Coastal, LLC shall exchange their initial disclosures by November 19, 2010.

Dated: _____October 21_____, 2010



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Charles R. Breyer