KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
SARAH B. FAULKNER - #263857
sfaulkner@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
FLAGSTAR BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, A Federally Chartered Savings Bank,<br><br>                              Plaintiff,<br><br>     v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a/ ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California Corporation,<br><br>                              Defendants. | Case No. C 10-03190-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Date Comp. Filed:     Michigan: 1/26/2010<br>                                        USDC/SF:  7/21/2010<br><br>Trial Date:  TBA |

Plaintiff Flagstar Bank, FSB, and Defendants The Loan Experts Corporation, Hormoz Nazari, and Stewart Title of California (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS the Initial Case Management Conference in the above-titled action was initially set for November 5, 2010;

WHEREAS, on October 15, 2010, the Court vacated the November 5, 2010 Initial Case Management Conference upon granting the motion to dismiss of Defendants 1350 Escondido Coastal, LLC, and Westlake Coastal, LLC ("Coastal Defendants") with leave to amend within thirty (30) days;

WHEREAS, on November 15, 2010, Plaintiff Flagstar Bank, FSB filed a notice of voluntary dismissal of the Coastal Defendants only;

WHEREAS, the Parties agree that an Initial Case Management Conference should be scheduled for January, 2011;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the Initial Case Management Conference should be scheduled for January 21, 2011 at 8:30 a.m., and that the case management statement shall be due not less than seven (7) days prior to the conference.

IT IS SO STIPULATED.

Dated:  December 14, 2010                                                KEKER & VAN NEST LLP


                                                                    By:  /s/ Rachael E. Meny
                                                                         RACHAEL E. MENY
                                                                         Attorneys for Plaintiff
                                                                         FLAGSTAR BANK, FSB

| | | |
|---|---|---|
| 1 | Dated:  December 14, 2010 | HORAN LLOYD LAW OFFICES |

By: /s/ Elizabeth Catherine Gianola
ELIZABETH CATHERINE GIANOLA
Attorneys for Defendants
THE LOAN EXPERTS CORPORATION
and HORMOZ NAZARI

Dated:  December 14, 2010                                        BERLINER COHEN

By: /s/ Nancy J. Johnson
NANCY J. JOHNSON
Attorneys for Defendant
STEWART TITLE OF CALIFORNIA

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rachael E. Meny, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Elizabeth Catherine Gianola, Horan Lloyd Law Offices, Counsel for Defendants and Cross-Claimants The Loan Experts Corporation d/b/a All American Finance and Hormoz Nazari; and, Nancy J. Johnson, Berliner Cohen, Counsel for Defendant and Cross-Defendant Stewart Title of California.

/s/ Rachael E. Meny
RACHAEL E. MENY

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The Initial Case Management Conference is scheduled for January, 21, 2011 at 8:30 a.m. The case management statement shall be due not less than seven (7) days prior to the conference.

Dated:   December 17, 2010

_____
HON. CHARLES R. BREYER
United States District Judge

