Elizabeth C. Gianola, Esq. SBN#142522
HORAN, LLOYD LAW OFFICES
499 Van Buren St., P.O. Box 3350
Monterey, CA 93942-3350
Tel:  (831) 373-4131
Fax:  (831) 373-8302

Attorneys for Defendant and Cross-Claimant Hormoz Nazari and Defendant and Cross-Claimant The Loan Experts Corporation, a California corporation dba All American Finance erroneously sued herein as The Loan Experts Corporation dba All American Finance, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>             Plaintiff,<br><br>     v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.  C10-3190 CRB<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br><br>Judge: Hon. Charles R. Breyer<br><br>Date Comp. Filed:     Michigan: 1/26/2010<br>                                    USDC/SF: 7/21/2010<br><br>Trial Date: TBA |

Counsel for Defendant and Cross-Claimant Hormoz Nazari and Defendant and Cross-Claimant The Loan Experts Corporation, a California corporation dba All American Finance (hereinafter collectively "Defendants") hereby respectfully requests to appear telephonically at the Case Management Conference scheduled for January 21, 2011 at 8:30 a.m.  Counsel's place of business is in Monterey, California, some 120 miles from the San Francisco courthouse.  Requiring a personal appearance at the conference would cause Defendants to incur substantial attorneys' fees and travel costs for the commute and personal appearance.

Defendants previously requested to appear telephonically at the November 5, 2010 case management conference, and the request was granted. The November 5, 2010 case management conference was subsequently taken off calendar and has now been continued to January 21, 2011. A copy of Defendants' prior request and the signed Order is attached hereto as Exhibit A.

      Respectfully Requested,

Dated:   December 21, 2010      HORAN LLOYD LAW OFFICES

By:  */s/ Elizabeth C. Gianola*
     Elizabeth C. Gianola
     Attorneys for Defendant and Cross-Claimant
     Hormoz Nazari and Defendant and Cross-
     Claimant The Loan Experts Corporation,
     a California corporation dba All American
     Finance

**ORDER**

**IT IS HEREBY ORDERED:**

Defendant and Cross-Claimant Hormoz Nazari's and Defendant and Cross-Claimant The Loan Experts Corporation, a California corporation dba All American Finance's legal counsel, Elizabeth C. Gianola of Horan Lloyd Law Offices, may appear telephonically for the January 21, 2011 Case Management Conference.

Dated:  Jan. 4, 2011 , ~~2010~~

HON. CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

CASE NO. C10-3190 CRB      -2-
REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE