```
 1  KEKER & VAN NEST LLP
    RACHAEL E. MENY - #178514
 2  JENNIFER A. HUBER - #250143
    SARAH B. FAULKNER - #263857
 3  710 Sansome Street
    San Francisco, CA  94111-1704
 4  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 5
    Attorneys for Plaintiff
 6  FLAGSTAR BANK, FSB
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, | Case No. C 10-03190-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS AGAINST HORMOZ NAZARI UNDER FRCP 41(a)(2)** |
| v. | |
| THE LOAN EXPERTS CORPORATION, d/b/a/ ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California Corporation, | Judge:  Hon. Charles R. Breyer |
| | Date Comp. Filed:  Michigan: 1/26/2010<br>USDC/SF: 7/21/2010 |
| | Trial Date:  None Set |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST HORMOZ NAZARI UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538055.01

## STIPULATION

The undersigned parties, by and through their respective counsel, do hereby stipulate, pursuant to the terms of the confidential January 11, 2011 Dismissal and Release Agreement entered into by the parties and as indicated by their signatures below, that Plaintiff Flagstar Bank's causes of action against Defendant Hormoz Nazari ("Nazari") for Fraud (Count VI) and Civil Conspiracy (Count VII) are dismissed without prejudice. The parties further stipulate that Flagstar Bank's dismissal of the Fraud (Count VI) and Civil Conspiracy (Count VII) causes of action against Nazari does not affect any of the parties' other pending claims, including Flagstar Bank's other pending claims against Nazari. Flagstar Bank and Nazari shall each bear its own costs related to the Fraud (Count VI) and Civil Conspiracy (Count VII) causes of action.

Dated: January 11, 2011                                    KEKER & VAN NEST LLP


By:  */s/ Rachael E. Meny*
     RACHAEL E. MENY
     Attorneys for Plaintiff
     FLAGSTAR BANK, FSB


Dated: January 10, 2011                                    HORAN LLOYD LAW OFFICES


By:  */s/ Elizabeth C. Gianola*
     ELIZABETH C. GIANOLA
     Attorneys for Defendant
     HORMOZ NAZARI

[*Concurrence Obtained General Order 45 § X.B*]


## FILER'S ATTESTATION

I, Rachael E. Meny, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: January 11, 2011                    By:  */s/ Rachael E. Meny*
                                                RACHAEL E. MENY

---

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST HORMOZ NAZARI UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538055.01

**[PROPOSED] ORDER**

Based on the above Stipulation of the Parties, IT IS SO ORDERED.

Dated: ___January 11__, 2011    _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST HORMOZ NAZARI UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538055.01