1  KEKER & VAN NEST LLP
   RACHAEL E. MENY - #178514
2  JENNIFER A. HUBER - #250143
   SARAH B. FAULKNER - #263857
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  FLAGSTAR BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a/ ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California Corporation,<br><br>Defendants. | Case No. C 10-03190-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS AGAINST THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE UNDER FRCP 41(a)(2)**<br><br>Judge:     Hon. Charles R. Breyer<br><br>Date Comp. Filed:    Michigan: 1/26/2010<br>                                    USDC/SF:  7/21/2010<br><br>Trial Date:  None Set |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538056.01

**STIPULATION**

The undersigned parties, by and through their respective counsel, do hereby stipulate, pursuant to the terms of the confidential January 11, 2011 Dismissal and Release Agreement entered into by the parties and as indicated by their signatures below, that Plaintiff Flagstar Bank's causes of action against Defendant The Loan Experts Corporation d/b/a All American Finance ("Loan Experts") for Fraud (Count VI) and Civil Conspiracy (Count VII) are dismissed without prejudice.  The parties further stipulate that Flagstar Bank's dismissal of the Fraud (Count VI) and Civil Conspiracy (Count VII) causes of action against Loan Experts does not affect any of the parties' other pending claims, including Flagstar Bank's other pending claims against Loan Experts.  Flagstar Bank and Loan Experts shall each bear its own costs related to the Fraud (Count VI) and Civil Conspiracy (Count VII) causes of action.

Dated:  January 11, 2011                                KEKER & VAN NEST LLP


                                                        By: */s/ Rachael E. Meny*
                                                            RACHAEL E. MENY
                                                            Attorneys for Plaintiff
                                                            FLAGSTAR BANK, FSB


Dated:  January 10, 2011                                HORAN LLOYD LAW OFFICES


                                                        By: */s/ Elizabeth C. Gianola*
                                                            ELIZABETH C. GIANOLA
                                                            Attorneys for Defendant
                                                            THE LOAN EXPERTS CORPORATION
                                                            d/b/a ALL AMERICAN FINANCE

                                                        [*Concurrence Obtained General Order 45 § X.B*]

**FILER'S ATTESTATION**

I, Rachael E. Meny, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  January 11, 2011                                By: */s/ Rachael E. Meny*
                                                            RACHAEL E. MENY

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538056.01

**[PROPOSED] ORDER**

Based on the above Stipulation of the Parties, IT IS SO ORDERED.

Dated: _____ January 11 _, 2011

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS
AGAINST THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE UNDER FRCP 41(a)(2)
CASE NO. C 10-03190-CRB

538056.01