| | |
|---|---|
| 1 | Elizabeth C. Gianola, Esq. SBN#142522 |
| 2 | HORAN, LLOYD LAW OFFICES<br>499 Van Buren St., P.O. Box 3350 |
| 3 | Monterey, CA  93942-3350<br>Tel:     (831) 373-4131 |
| 4 | Fax:    (831) 373-8302 |
| 5 | Attorneys for Defendant and Cross-Claimant |
| 6 | Hormoz Nazari and Defendant and Cross-Claimant<br>The Loan Experts Corporation, a California |
| 7 | corporation dba All American Finance<br>erroneously sued herein as The Loan |
| 8 | Experts Corporation dba All American<br>Finance, a California corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,<br><br>　　　　　　　Defendants. | Case No. 10-cv-03190-CRB<br><br>**CORRECTED NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Charles R. Breyer<br><br>Date Comp. Filed:     Michigan: 1/26/2010<br>　　　　　　　　　　USDC/SF: 7/21/2010<br><br>Trial Date: TBA |

**CORRECTED NOTICE OF SUBSTITUTION OF ATTORNEY - 1**

1   **PLEASE TAKE NOTICE** that Defendant and Cross-Claimant HORMOZ NAZARI
2   hereby substitutes Mark B. Fredkin, Morgan Franich Fredkin & Marsh, 99 Almaden Boulevard,
3   Suite 1000, San Jose, California 95113, telephone (408) 288-8288, as his attorney of record in
4   place of Elizabeth C. Gianola, Horan Lloyd Law Offices, 499 Van Buren Street, Monterey,
5   California, 93940, telephone (831) 373-4131.

7   I, the undersigned, consent to the above substitution.

8   Dated: May 4, 2011                               HORAN LLOYD LAW OFFICES

10                                                    By:   */s/ Elizabeth C. Gianola*
                                                            ELIZABETH C. GIANOLA
11                                                          Attorneys for Defendant and Cross-Claimant
                                                            HORMOZ NAZARI

13  I, the undersigned, consent to the above substitution.

14  Dated: May 4, 2011                               By:    */s/ Hormoz Nazari*
                                                            HORMOZ NAZARI

16  I, the undersigned, accept the above substitution.

17  Dated: May 4, 2011                               MORGAN FRANICH FREDKIN & MARSH

19                                                   By:    */s/ Mark B. Fredkin*
                                                            MARK B. FREDKIN
20                                                          Attorneys for Defendant and Cross-
                                                            Claimant HORMOZ NAZARI

22  **IT IS SO ORDERED.**

23  Dated: _May 6, 2011_

24                                                   HON. CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]