Elizabeth C. Gianola, Esq. SBN#142522
HORAN, LLOYD LAW OFFICES
499 Van Buren St., P.O. Box 3350
Monterey, CA  93942-3350
Tel:    (831) 373-4131
Fax:   (831) 373-8302

Attorneys for Defendant and Cross-Claimant
Hormoz Nazari and Defendant and Cross-Claimant
The Loan Experts Corporation, a California
corporation dba All American Finance
erroneously sued herein as The Loan
Experts Corporation dba All American
Finance, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, <br><br>    Plaintiff, <br><br>    v. <br><br>THE LOAN EXPERTS CORPORATION d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation, <br><br>    Defendants. | Case No. 10-cv-03190-CRB <br><br>**CORRECTED NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Judge: Hon. Charles R. Breyer <br><br> Date Comp. Filed:   Michigan: 1/26/2010 <br>                                 USDC/SF: 7/21/2010 <br><br> Trial Date: TBA |

**CORRECTED NOTICE OF SUBSTITUTION OF ATTORNEY - 1**

**PLEASE TAKE NOTICE** that Defendant and Cross-Claimant THE LOAN EXPERTS CORPORATION dba ALL AMERICAN FINANCE hereby substitutes Mark B. Fredkin, Morgan Franich Fredkin & Marsh, 99 Almaden Boulevard, Suite 1000, San Jose, California 95113, telephone (408) 288-8288, as his attorney of record in place of Elizabeth C. Gianola, Horan Lloyd Law Offices, 499 Van Buren Street, Monterey, California, 93940, telephone (831) 373-4131.

I, the undersigned, consent to the above substitution.

Dated: May 4, 2011                HORAN LLOYD LAW OFFICES

                                  By:  /s/ Elizabeth C. Gianola
                                       ELIZABETH C. GIANOLA
                                       Attorneys for Defendant and Cross-Claimant THE LOAN EXPERTS CORPORATION dba ALL AMERICAN FINANCE

I, the undersigned, consent to the above substitution.

Dated: May 4, 2011                THE LOAN EXPERTS CORPORATION dba ALL AMERICAN FINANCE

                                  By:  /s/ Hormoz Nazari
                                       HORMOZ NAZARI, President

I, the undersigned, accept the above substitution.

Dated: May 4, 2011                MORGAN FRANICH FREDKIN & MARSH

                                  By:  /s/ Mark B. Fredkin
                                       MARK B. FREDKIN
                                       Attorneys for Defendant and Cross-Claimant THE LOAN EXPERTS CORPORATION dba ALL AMERICAN FINANCE

**IT IS SO ORDERED.**

Dated:  May 6, 2011
                                  HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

CORRECTED NOTICE OF SUBSTITUTION OF ATTORNEY - 2