1  NANCY J. JOHNSON, CA STATE BAR NO. 111615
   BERLINER COHEN
2  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
3  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
4  FACSIMILE: (408) 998-5388
   nancy.johnson@berliner.com
5
   ATTORNEYS FOR DEFENDANT AND CROSS-DEFENDANT
6  STEWART TITLE OF CALIFORNIA, INC. ERRONEOUSLY
   SUED HEREIN AS STEWART TITLE OF CALIFORNIA
7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, | CASE NO.  C10-3190 CRB (DMR) |
| 11                        Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR STEWART TITLE OF CALIFORNIA, INC AND CROSS-CLAIMANTS TO PROVIDE A JOINT DISCOVERY LETTER; AND DECLARATION [L.R. 6-2] |
| 12                        v. | |
| 13  THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a | |
| 14  California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ | |
| 15  PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability | |
| 16  company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited | |
| 17  liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, | |
| 18  an individual, STEWART TITLE OF CALIFORNIA, a California corporation,, | |
| 19                        Defendants. | |
| 20  AND RELATED CROSS-ACTION. | |
| 21 | |
| 22 | |

23       This Stipulation is made pursuant to Local Rule 6-2 by and between Cross-Claimants The

24  Loan Experts Corporation dba All American Finance and Hormoz Nazari ("Cross-Claimants")

25  and Cross-Defendant Stewart Title of California, Inc. ("Stewart Title") through their respective

26  attorneys.

27  ///

28  ///

\CEP\1037694.1
031512-13139033

1   WHEREAS, on March 9, 2012, this Court denied Stewart Title's Motion to Dismiss

2   Cross-Claim without prejudice and issued its Notice of Reference and Order Re: Discovery

3   Procedures.

4   WHEREAS, On March 13, 2012, Stewart Title and Cross-Claimants met and conferred

5   as ordered;

6   WHEREAS, Cross-Claimants have produced documents, a Second Supplemental Initial

7   Disclosure, and intend to produce additional documents this week;

8   WHEREAS, Stewart Title has not had sufficient time to review the documents recently

9   produced and will not have sufficient time to review additional documents before the Court's

10   Friday, March 16, 2012, deadline to file a joint letter regarding the discovery dispute;

11   WHEREAS, Stewart Title and Cross-Claimants intend to continue to meet in good faith

12   in an attempt to resolve the pending death discovery dispute and need additional time to

13   complete the meet and confer process;

14   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

15   their respective counsel of record, that the court should extend the period in which to file their

16   joint discovery letter with the Court to March 30, 2012.

17   IT IS SO STIPULATED.

18   DATED: MARCH 15, 2012     BERLINER COHEN

20   BY: /S/CHRISTIAN E. PICONE
     NANCY J. JOHNSON
21   CHRISTIAN E. PICONE
     ATTORNEYS FOR CROSS-DEFENDANT STEWART
22   TITLE OF CALIFORNIA, INC.

23   DATED: MARCH 15, 2012     MORGAN, FRANICH, FREDKIN & MARSH

25   BY: /S/FREEDA Y. LUGO
     MARK B. FREDKIN
26   FREEDA Y. LUGO
     ATTORNEYS FOR CROSS-CLAIMANTS THE LOAN
27   EXPERTS CORPORATION AND HORMOZ NAZARI

28

CASE NO. C10-3190 CRB (DMR)
(DMR)                           -2-
STIPULATION AND ORDER TO EXTEND TIME FOR STEWART TITLE OF CALIFORNIA, INC AND CROSS-
CLAIMANTS TO PROVIDE A JOINT DISCOVERY LETTER

\CEP\1037694.1
031512-13139033

1

### DECLARATION OF CHRISTIAN E. PICONE

2      I, Christian E. Picone, declare:

3      1.      I am an attorney licensed to practice in the state of California, I am admitted to

4  practice before this honorable court, and I am an associate at the law firm of Berliner Cohen.  I,

5  along with Nancy J. Johnson, represent Cross-Defendant Stewart Title of California, Inc. in the

6  above referenced case.

7      2.      On March 13, 2012, Stewart Title and Cross-Claimants, through counsel, met and

8  conferred.

9      3.      Cross-Claimants recently produced documents and are in the process of producing

10  additional documents.

11      4.      Stewart Title has not had sufficient time in which to review the documents

12  recently received and will be unable to review additional documents before the Court's deadline

13  to file a joint discovery letter.

14      5.      Additional time in which to file the joint discovery letter will allow the parties to

15  continue to meet and confer an attempt to resolve or narrow the discovery dispute.

16      6.      The Court has previously granted time modifications pursuant to stipulation

17  regarding Rule 12(b) motions, enlarging time to serve, filing answers, and setting the initial Case

18  Management Conference.

19      7.      The granting of the stipulation and request to extend the date for the filing of the

20  discovery letter would not require the Court to modify the schedule for this case.

21      I declare under penalty of perjury under the laws of the United States that the foregoing is

22  true and correct.

23      Executed this 15th day of March 2012.

24

25

26                                                /S/CHRISTIAN E. PICONE
                                                  CHRISTIAN E. PICONE
///

27  ///

28

CASE NO.  C10-3190 CRB (DMR)
(DMR)                                        -3-
STIPULATION AND ORDER TO EXTEND TIME FOR STEWART TITLE OF CALIFORNIA, INC AND CROSS-
CLAIMANTS TO PROVIDE A JOINT DISCOVERY LETTER

\CEP\1037694.1
031512-13139033

1

**ATTESTATION PURSUANT TO GEN. ORDER 45**

2

3    I, Christian E. Picone, and the ECF user whose ID and password are being used to file

4    this STIPULATION AND ORDER TO EXTEND TIME FOR STEWART TITLE OF

5    CALIFORNIA, INC AND CROSS-CLAIMANTS TO PROVIDE A JOINT DISCOVERY

6    LETTER; AND DECLARATION. In compliance with General Order 45, X.B., I hereby attest

7    that attorney Freeda Y. Lugo of the law firm of Morgan, Franich, Fredkin & Marsh, has

8    concurred in this filing.

9                                  BERLINER COHEN

10

11                                  /s/CHRISTIAN E. PICONE
                                    CHRISTIAN E. PICONE
12                                  ATTORNEYS FOR CROSS-DEFENDANT STEWART
                                    TITLE OF CALIFORNIA, INC.

13

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

CASE NO. C10-3190 CRB (DMR)                    -4-
(DMR)
\CEP\1037694.1
031512-13139033
STIPULATION AND ORDER TO EXTEND TIME FOR STEWART TITLE OF CALIFORNIA, INC AND CROSS-
CLAIMANTS TO PROVIDE A JOINT DISCOVERY LETTER

1

**ORDER PURSUANT TO STIPULATION**

2    **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

3        That the Court vacates its previously ordered deadline of Friday, March 16, 2012 for the

4    filing of the ordered joint discovery letter.  Stewart Title and Cross-Claimants shall file a joint

5    discovery letter no later than Friday, March 30, 2012.  All other provisions of the Court's Notice

6    of a Referenced and Order dated March 9, 2012, remain in effect.

7

8

9    DATED:    March 16, 2012

10                                                                    HONORABLE DONNA M. RYU
                                                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE NO.  C10-3190 CRB (DMR)
(DMR)**
STIPULATION AND ORDER TO EXTEND TIME FOR STEWART TITLE OF CALIFORNIA, INC AND CROSS-
CLAIMANTS TO PROVIDE A JOINT DISCOVERY LETTER

\CEP\1037694.1
031512-13139033