UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, | No. C-10-03190 CRB (DMR) |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE JOINT REQUEST TO CONTINUE TRIAL DATE** |
| v. | |
| THE LOAN EXPERTS CORPORATION, et al., | |
| Defendants. | |

On March 30, 2012, the parties filed a joint discovery letter in which the parties proposed that continuance of the July 9, 2012 trial date in this matter would lead to resolution of the parties' dispute over the timing of recent disclosures and document productions. Doc. no. 156. In support of this proposal, the parties submitted a proposed order for the undersigned to continue the trial date and other deadlines. Doc. no. 157. Because the relief sought by the parties exceeds the scope of the discovery referral, the parties' request is DENIED WITHOUT PREJUDICE. The parties are instructed to address their request to continue the pretrial deadlines and trial date to the presiding District Judge.

IT IS SO ORDERED.

Dated: April 3, 2012

DONNA M. RYU
United States Magistrate Judge