1  NANCY J. JOHNSON, CA STATE BAR NO. 111615
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  nancy.johnson@berliner.com
   christian.picone@berliner.com
6
   ATTORNEYS FOR CROSS-DEFENDANT STEWART TITLE OF
7  CALIFORNIA, INC. ERRONEOUSLY SUED HEREIN AS
   STEWART TITLE OF CALIFORNIA
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>   Plaintiff,<br><br>   v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>   Defendants. | CASE NO. C10-3190 CRB<br><br>[~~PROPOSED~~] ORDER PURSUANT TO STIPULATION |
| AND RELATED CROSS-ACTION. | |

### ORDER PURSUANT TO STIPULATION

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

That the Court vacates the July 9, 2012, civil bench trial and all dates and deadlines associated with that civil bench trial date. The Court sets a civil bench trial in Courtroom 6 – 17th floor for ___Monday, October 15, 2012 at 9:00 a.m._____. All dates

CASE NO. C10-3190 CRB
-1-
ORDER PURSUANT TO STIPULATION

related to the Court's Standing Order and Fed. R. Civ. P. 26 are reset per the new civil bench trial date.

DATED: April 11, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT COURT JUDGE