1  NANCY J. JOHNSON, CA STATE BAR NO. 111615
   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  nancy.johnson@berliner.com
   christian.picone@berliner.com
6
7  ATTORNEYS FOR CROSS-DEFENDANT STEWART TITLE OF
   CALIFORNIA, INC. ERRONEOUSLY SUED HEREIN AS
   STEWART TITLE OF CALIFORNIA
8
9              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank, | CASE NO. C10-3190 CRB |
| 12                Plaintiff, | [~~PROPOSED~~] ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES |
| 13        v. | |
| 14  THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,, | Judge:            Hon. Charles R. Breyer  Complaint Filed:  Michigan 1/26/2010                   USDC/SF 7/21/2010  Trial Date:       October 15, 2012 |
| 21                Defendants. | |
| 22  AND RELATED CROSS-ACTION. | |

23
24  ///
25  ///
26  ///
27  ///
28

CASE NO. C10-3190 CRB (DMR)                    -1-
ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES

\CEP\1042348.1
042412-13139033

**ORDER PURSUANT TO JOINT STIPULATION**

WHEREAS, this Court previously entered an order pursuant to stipulation that reset the civil bench trial to October 15 at 9:00 AM in Courtroom 6.

WHEREAS, Cross–Claimants (The Loan Experts Corporation and Hormoz Nazari) and Stewart Title of California, Inc. stipulate that the Court enter an order setting a Final Pre–Trial Conference and certain case deadlines (Docket No. 162).

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

That the Court adopts the dates that the Cross-Claimants and Stewart Title of California, Inc. have stipulated to for the Final Pre–Trial Conference and certain case deadlines, specifically, as follows:

| | |
|---|---|
| Case Dispositive Motions Filed and Served By | August 23, 2012 |
| Expert Discovery Cut-off | September 6, 2012 |
| Final Pre–Trial Conference | October 4, 2012 at 2:30 PM. |

The previously ordered bench trial date of October 15, 2012 remains as set. All other dates related to the Court's standing order and Fed. R. Civ. P. 26 are reset per the Final Pre–Trial Conference and Bench Trial dates.

DATED: May 29, 2012



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

CASE NO. C10-3190 CRB (DMR)

-2-

ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES

\CEP\1042348.1
042412-13139033