| | |
|---|---|
| 1 | NANCY J. JOHNSON, CA STATE BAR NO. 111615 |
| 2 | CHRISTIAN E. PICONE, CA STATE BAR NO. 218275<br>BERLINER COHEN |
| 3 | TEN ALMADEN BOULEVARD<br>ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233<br>TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388<br>nancy.johnson@berliner.com |
| 6 | christian.picone@berliner.com |
| 7 | ATTORNEYS FOR CROSS-DEFENDANT STEWART TITLE OF<br>CALIFORNIA, INC. ERRONEOUSLY SUED HEREIN AS |
| 8 | STEWART TITLE OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>    Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C10-3190 CRB<br><br>[~~PROPOSED~~] ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES<br><br>Judge:              Hon. Charles R. Breyer<br>Complaint Filed:  Michigan 1/26/2010<br>                         USDC/SF 7/21/2010<br>Trial Date:         October 15, 2012 |

///
///
///
///

CASE NO. C10-3190 CRB (DMR)

-1-

ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES

\CEP\1042348.1
042412-13139033

1 **ORDER PURSUANT TO JOINT STIPULATION**

2 WHEREAS, this Court previously entered an order pursuant to stipulation that reset the
3 civil bench trial to October 15 at 9:00 AM in Courtroom 6.

4 WHEREAS, Cross–Claimants (The Loan Experts Corporation and Hormoz Nazari) and
5 Stewart Title of California, Inc. stipulate that the Court enter an order setting a Final Pre–Trial
6 Conference and certain case deadlines (Docket No. 162).

7 **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

8 That the Court adopts the dates that the Cross-Claimants and Stewart Title of California,
9 Inc. have stipulated to for the Final Pre–Trial Conference and certain case deadlines, specifically,
10 as follows:

11 Case Dispositive Motions Filed and Served By    August 23, 2012
12 Expert Discovery Cut-off    September 6, 2012
13 Final Pre–Trial Conference    October 4, 2012 at 2:30 PM.

14 The previously ordered bench trial date of October 15, 2012 remains as set. All other
15 dates related to the Court's standing order and Fed. R. Civ. P. 26 are reset per the Final Pre–Trial
16 Conference and Bench Trial dates.

18 DATED: May 29, 2012



19 HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

CASE NO. C10-3190 CRB (DMR)

-2-

ORDER TO SET FINAL PRETRIAL CONFERENCE AND CERTAIN DEADLINES

\CEP\1042348.1
042412-13139033