KEKER & VAN NEST LLP
RACHAEL E. MENY, #178514
rmeny@kvn.com
JENNIFER A. HUBER, #250143
jhuber@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for former Plaintiff and non-party
FLAGSTAR BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation; HORMOZ NAZARI, an individual; ELIZABETH CORTEZ PADILLA, an individual; 1350 ESCONDIDO COASTAL, LLC, a California limited liability company; WESTLAKE COASTAL, LLC, a California limited liability company; VCH-SALINAS 1, LLC, a California limited liability company; ALLSTAR APPRAISALS, INC., a California corporation; JAMES MAY, an individual; and STEWART TITLE OF CALIFORNIA, a California corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. C 10-03190-CRB<br><br>**[PROPOSED] ORDER REGARDING NON-PARTY FLAGSTAR BANK'S RESPONSE TO CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)**<br><br>Judge: Hon. Charles R. Breyer<br><br>Date Comp. Filed: Michigan: 1/26/2010<br>USDC/SF: 7/21/2010 |

[PROPOSED] ORDER RE: MOTION TO SEAL DOCUMENTS
Case No. C 10-03190-CRB

678898.01

This matter came before the undersigned Judge of the above-captioned Court upon Cross-Defendant Stewart Title's Administrative Motion to Seal Documents ("Motion to Seal") and non-party Flagstar Bank, FSB's ("Flagstar") Response to the Motion to Seal. Having considered the motion, the response and all other relevant papers concerning that motion and response, it is hereby ORDERED that:

- The Flagstar-produced document which is attached as **Exhibit K** to the Declaration of Nancy Johnson filed in support of Stewart's Motion to Seal, titled "Interim Review and Increase Request" and bates labeled FLAG00025647 through FLAG00025648, shall be filed under seal;

- The Flagstar-produced documents which are attached as **Exhibits G, H, J, L, M, N and O** to the Declaration of Nancy Johnson filed in support of Stewart's Motion to Seal and bates labeled FLAG00010779 through FLAG00010790, FLAG00025581 through FLAG00025611, FLAG00025615 through FLAG00025624, FLAG00025682 through FLAG00025685 shall not be filed under seal; and

- The second document which is attached as **Exhibit I** to the Declaration of Nancy Johnson filed in support of Stewart's Motion to Seal, a Flagstar-produced document titled "Warehousing Note 2nd Line" and bates labeled as FLAG00025625 through FLAG00025626, shall not be filed under seal.

IT IS SO ORDERED.

Dated: July 23, 2012



_____
HON. CHARLES R. BREYER
JUDGE

[PROPOSED] ORDER RE: MOTION TO SEAL DOCUMENTS
Case No. C 10-03190-CRB

678898.01