## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C10-3190 CRB<br><br>[PROPOSED] ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMORANDUM OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)<br><br>Honorable Charles R. Breyer |

This matter came before the undersigned Judge of the above-entitled Court upon "Cross-Defendant Stewart Title of California, Inc.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d)" that was filed on July 9, 2012. After considering the motion, the Court entered an Order on July 13, 2012 granting that motion as to Exhibits E, G

\NJJ\1054505.1
072312-13139033

CASE NO. C10-3190 CRB -1-

ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMO OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

through O, Q, R, and S to the Declaration of Nancy Johnson in Support of Stewart Title's Motion for Summary Judgment on the Cross-Claim, or Partial Summary Judgment on the Cross-Claim.

The Court now hereby also grants the Administrative Motion to Seal Documents as to Stewart Title of California's Memorandum of Points and Authorities, and orders that Stewart Title's Memorandum of Points and Authorities submitted as part of its Notice of Motion and Motion for Summary Judgment on the Cross-Claim, or in the Alternative, For Partial Summary Judgment on the Cross-Claim, be filed under seal.

IT IS SO ORDERED.

DATED: July 3 0, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge Charles R. Breyer*

\NJJ\1054505.1
072312-13139033

CASE NO. C10-3190 CRB                    -2-
ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMO OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)