UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a Federally Chartered Savings Bank,<br><br>    Plaintiff,<br><br>v.<br><br>THE LOAN EXPERTS CORPORATION, d/b/a ALL AMERICAN FINANCE, a California corporation, HORMOZ NAZARI, an individual, ELIZABETH CORTEZ PADILLA, an individual, 1350 ESCONDIDO COASTAL, LLC, a California limited liability company, WESTLAKE COASTAL, LLC, a California limited liability company, VCH-SALINAS 1, LLC, a California limited liability company, ALLSTAR APPRAISALS, INC., a California Corporation, JAMES MAY, an individual, STEWART TITLE OF CALIFORNIA, a California corporation,,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C10-3190 CRB<br><br>[PROPOSED] ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMORANDUM OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)<br><br>Honorable Charles R. Breyer |

This matter came before the undersigned Judge of the above-entitled Court upon "Cross-Defendant Stewart Title of California, Inc.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d)" that was filed on July 9, 2012. After considering the motion, the Court entered an Order on July 13, 2012 granting that motion as to Exhibits E, G

\NJJ\1054505.1
072312-13139033

CASE NO. C10-3190 CRB

-1-

ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMO OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

1  through O, Q, R, and S to the Declaration of Nancy Johnson in Support of Stewart Title's Motion
2  for Summary Judgment on the Cross-Claim, or Partial Summary Judgment on the Cross-Claim.
3    The Court now hereby also grants the Administrative Motion to Seal Documents as to
4  Stewart Title of California's Memorandum of Points and Authorities, and orders that Stewart
5  Title's Memorandum of Points and Authorities submitted as part of its Notice of Motion and
6  Motion for Summary Judgment on the Cross-Claim, or in the Alternative, For Partial Summary
7  Judgment on the Cross-Claim, be filed under seal.
8  IT IS SO ORDERED.

10  DATED: July 3 0, 2012

              _____
              CHARLES R. BREYER
              UNITED STATES DISTRICT JUDGE



CASE NO. C10-3190 CRB

-2-

ORDER RE: CROSS-DEFENDANT STEWART TITLE OF CALIFORNIA, INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS (MEMO OF POINTS AND AUTHORITIES) PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

\NJJ\1054505.1
072312-13139033