IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK, | No. C 10-03190 CRB |
| Plaintiff, | **ORDER RE: OBJECTIONS TO EVIDENCE** |
| v. | |
| THE LOAN EXPERTS CORP., ET AL., | |
| Defendants. | |

Cross-Claimants The Loan Experts Corp. and Hormoz "Allen" Nazari object to and move to strike exhibits filed in support of Stewart Title's Reply Brief, Exhibits U and V to the Supplemental Declaration of Nancy Johnson. See Objections (dkt. 192). They argue that the exhibits constitute new evidence presented in a reply motion, and cite Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996), for the holding that "where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the non-movant an opportunity to respond." Id. at 2. The Court will not strike the exhibits.[1] Instead, the Court: (1) VACATES the hearing on Stewart Title's Motion for Summary Judgment (dkt. 166) currently set for Friday, August 17, 2012; (2) RE-SETS that hearing for **Friday, August 31, 2012**; (3) GRANTS Cross-Claimants' Administrative Motion to File Supplemental Declaration of Hormoz "Allen" Nazari (dkt.

---

[1] The Court does not rule at this time on Cross-Claimants' further argument that the exhibits are hearsay and lack foundation.

1  191); and (4) PERMITS Cross-Claimants to file any additional response to Exhibits U and V
2  to the Supplemental Declaration of Nancy Johnson, if they choose to do so, in five pages or
3  less, by **Friday, August 17, 2012**.

**IT IS SO ORDERED.**

Dated: August 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3190\order re objections to ev.wpd          2