IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOAN EXPERTS, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 10-03190 CRB<br><br>**JUDGMENT** |

　　　Having granted Stewart Title's motion for summary judgment, the Court hereby enters judgment for Stewart Title and against The Loan Experts.

　　　**IT IS SO ORDERED.**

Dated: October 10, 2012

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3190\judgment.wpd