IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLAGSTAR BANK,

    Plaintiff,

  v.

LOAN EXPERTS, et al.,

    Defendants.

No. C 10-03190 CRB

**JUDGMENT**

Having granted Stewart Title's motion for summary judgment, the Court hereby enters judgment for Stewart Title and against Hormoz Nazari.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3190\judgment.wpd