United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLAGSTAR BANK,

    Plaintiff,

v.

LOAN EXPERTS, et al.,

    Defendants.

No. C 10-03190 CRB

**JUDGMENT**

Having granted Stewart Title's motion for summary judgment, the Court hereby enters judgment for Stewart Title and against Hormoz Nazari.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3190\judgment.wpd